## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RACHEL BRYANT,**

CASE NO: **1:17–CV–01701–LJO–SKO**

v.

**SWH MIMI'S CAFE, LLC, ET AL.,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/15/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **June 15, 2018**

by: /s/ T. Lundstrom
Deputy Clerk